# AFFIDAVIT OF SERVICE

**Re:** State of Minnesota, by its Attorney General Keith Ellison, v. John Johnson, in his official capacity as President of the L.D.F. Business Development Corporation Board of Directors
Court File No. 0:24-cv-04285-ECT-DJF

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

Jane Arden being first duly sworn, deposes and says:

That in the City of St. Paul, County of Ramsey, and State of Minnesota, on November 26, 2024, she caused to be served the State of Minnesota's Civil Cover Sheet, Summons, Complaint, and Consent Judgment, by e-mail the same a true and correct copy thereof, and addressed to:

John Johnson, in his official capacity as President of the
L.D.F. Business Development Corporation Board
of Directors
c/o Patrick McAndrews, Esq.; David Koob, Esq.
pmcandrews@spencerfane.com;
dkoob@spencerfane.com

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT. EXECUTED THIS 26th DAY OF NOVEMBER 2024, IN RAMSEY COUNTY, MINNESOTA.

_Jane Arden_
**JANE ARDEN**